No. 13–0459/AR. U.S. v. Rollan D. Mead. CCA 20110717. On consideration of Appellee's motion for leave to file a supplemental joint appendix, it is ordered that said motion is hereby granted.

No. 14–0001/AR. U.S. v. George D. MacDonald. CCA 20091118. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including October 8, 2013*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0054/AF. U.S. v. Sharmaine L. Latham. CCA 38107. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 8, 2013.

No. 14–0056/AF. U.S. v. Gregory D. Webb. CCA 38071. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 10, 2013.

No. 14–0057/AF. U.S. v. William R. Jones. CCA 38028. On consideration of Appellant's "Motion to treat out of time motion to reconsider before the Air Force Court of Criminal Appeals as a timely filed motion to reconsider," which this Court construes as a motion to extend time to file the supplement to the petition for grant of review, it is ordered that said motion is hereby granted to October 10, 2013.

Tuesday, September 24, 2013

No. 07–0725/MC. U.S. v. Jonathan E. Lee. CCA 200600543. Review granted on the following issue:

> WHETHER THE COURT OF CRIMINAL APPEALS ERRED IN FINDING NO DUE PROCESS VIOLATION WHERE 2,500 DAYS ELAPSED BETWEEN SENTENCING AND REMOVAL OF APPELLANT'S NAME FROM THE TEXAS SEX OFFENDER REGISTRY.

Briefs will be filed under Rule 25.

No. 13–0442/MC. U.S. v. Charles C. Hornback. CCA 201200241. Review granted on the following issue:

> WHETHER THE UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS ERRED IN FINDING NO MATERIAL PREJUDICE TO APPELLANT'S SUBSTANTIAL RIGHT TO A FAIR TRIAL AFTER IT ASSUMED, WITHOUT DECIDING, THAT TRIAL COUNSEL'S ACTIONS AMOUNTED TO MISCONDUCT, AND WHETHER THE MILITARY JUDGE'S CURATIVE INSTRUCTIONS SUFFICIENTLY ADDRESSED THE CUMULATIVE NATURE OF SUCH CONDUCT AS WELL AS ANY CORRESPONDING PREJUDICE IN LIGHT OF

THE FACTORS IDENTIFIED IN *UNITED STATES v. FLETCHER*, 62 M.J. 175 (C.A.A.F. 2005).

Briefs will be filed under Rule 25.

No. 13–0522/AF. U.S. v. David J.A. Gutierrez. CCA 37913. Review granted on the following issues:

I. WHETHER THE EVIDENCE WAS LEGALLY INSUFFICIENT TO FIND BEYOND A REASONABLE DOUBT THAT APPELLANT COMMITTED ASSAULT LIKELY TO RESULT IN GRIEVOUS BODILY HARM.

II. WHETHER THE EVIDENCE WAS LEGALLY SUFFICIENT TO FIND BEYOND A REASONABLE DOUBT THAT APPELLANT COMMITTED ADULTERY.

Briefs will be filed under Rule 25.

No. 13–0565/AR. U.S. v. Christopher R. Kearns. CCA 20110348. Review granted on the following issue:

WHETHER THE EVIDENCE WAS LEGALLY SUFFICIENT TO PROVE THAT APPELLANT HAD THE INTENT TO ENGAGE IN CRIMINAL SEXUAL CONDUCT WITH KO, A MINOR, WHEN HE FACILITATED KO'S TRAVEL IN INTERSTATE COMMERCE AND WAS FOUND GUILTY IN SPECIFICATION 1 OF CHARGE III OF VIOLATING 18 U.S.C. SECTION 2423(a).

Briefs will be filed under Rule 25.

No. 13–0601/AF. U.S. v. Korey J. Talkington. CCA 37785. Review granted on the following issue:

WHETHER THE MILITARY JUDGE ERRED BY INSTRUCTING THE MEMBERS THAT CONSIDERATION OF SEX OFFENDER REGISTRATION IS "NOT A MATTER BEFORE THEM" AND "FRAUGHT WITH PROBLEMS."

Briefs will be filed under Rule 25.

